

# NUMBER 13-15-00185-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**RICHARD ALAMIA,** **APPELLANT,**

**V.**

**ANDRES LOZANO,** **APPELLEE.**

---

### On appeal from the County Court at Law No. 4
### of Hidalgo County, Texas.

---

# ORDER

**Before Chief Justice Valdez and Justices Benavides and Perkes**
**Order Per Curiam**

The reporter's record in the above cause was originally due on July 13, 2015. The court reporter, Ms. Shantel Zambrano, notified this Court that appellant has failed to make arrangements for payment of the reporter's record. On July 14, 2015, in accordance with

Texas Rule of Appellate Procedure 37.3(c), the Clerk of this Court gave notice to appellant that unless this defect was cured within ten days, the Court would consider and decide those issues or points that do not require a reporter's record for a decision. *See* Tex. R. App. P. 37.3(c). Appellant has contacted the Court and advised us that payments are being made to the court reporter on a monthly basis and the record will be paid for within three months.

The Court, having examined and fully considered this sequence of events, is of the opinion that an extension of time to pay for and file the reporter's record should be granted. Accordingly, we grant appellant a period of three months to complete payment for the reporter's record. *See id.* R. 35.3(c). No further extensions of time will be allowed. In accordance with Rule 37.3(c), unless this defect is cured within this period of time, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
4th day of August, 2015.